IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CHIFUNILO BANDA, *

Petitioner, *

v. * Case No. 4:25-CV-314-CDL-AGH

Warden, STEWART DETENTION CENTER, *

Respondent. *

**J U D G M E N T**

Pursuant to this Court's Order dated 8/24/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk